IH-32                                                          Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
## Related Case Statement

___

### <u>Full Caption of Later Filed Case:</u>

Plaintiff

vs.                                    Case Number

Defendant

### <u>Full Caption of Earlier Filed Case:</u>

(including in bankruptcy appeals the relevant adversary proceeding)

Plaintiff

vs.                                    Case Number

Defendant

IH-32                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

_____  Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary
                     dismissal, settlement, court decision.  Also, state whether there is an appeal
                     pending.)

_____  Open          (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Signature: _____        Date: _____

Firm: _____