UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERON KOPPEL, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>　　　- against -<br><br>TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>　　　　　　　　　　　　　　　Defendant. | Case No.: 1:25-cv-5137-ER |

**[PROPOSED]**
**CONSOLIDATION ORDER**

**WHEREAS**, on June 16, 2025, the parties in the matter captioned *Ding v. New York University*, Case No. 1:25-cv-2416-ER (hereinafter the "Consolidated Action") filed a Stipulation and [Proposed] Order to Consolidate Related Actions (Dkt #16); and

**WHEREAS**, on June 17, 2025, Plaintiff Koppel commenced the instant matter, which arises out of the same or similar operative facts as the Consolidated Action;

**WHEREAS**, on June 20, 2025, this Court endorsed the aforementioned proposed consolidation order, and in so doing in pertinent part ordered, "[a]ny action subsequently filed … that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with the Consolidated Action for pre-trial purposes."

**WHEREAS**, the instant matter was deemed related on July 1, 2025;

**IT IS HEREBY ORDERED** that this matter shall be consolidated with the Consolidated Action.

SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dated: July 21, 2025
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York

1